IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN RAYMAN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG 02-515 |
| GROVE US, LLC, *et al.* | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File First Amendment to the Complaint, and by Stipulation of the Defense, it is on this 19th day of April, 2002, hereby:

ORDERED, that the Plaintiff's Motion be and is hereby **GRANTED**; and it is further

ORDERED, that the First Amendment to the Complaint by Interlineation be and is hereby being filed with the Court without any further filing by the Plaintiff; and it is further

ORDERED, that by Stipulation, the Defendants need not file a separate Answer to the First Amendment to the Complaint, that Amendment having been by interlineation.

MARVIN J. GARBIS
United States District Court Judge

(B0246780.WPD;1): 13706-13: 02/27/02: ver. 1.0