FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -4 P 3:49

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____FILED _____ENTERED
_____LOGGED _____RECEIVED

FEB - 4 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

JOHN RAYMAN        *

    Plaintiff        *

    v.            *   CIVIL ACTION No.: MJG 02-CV515

GROVE US, LLC, et al.    *

    Defendants       *

                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above action, by their undersigned counsel, hereby stipulate to the dismissal of this case with prejudice.

_____   _____
Charles M. Kerr                 Thomas V. McCarron
Robert G. Cassilly              Semmes, Bowen & Semmes
Kerr McDonald, LLP              250 West Pratt Street
31 Light Street, Suite 400      Baltimore, Maryland 21201
Baltimore, Maryland 21202       (410) 539-5040
(410) 539-2900                  *Attorneys for Defendants*
*Attorneys for Plaintiff*

(B0311281.WPD;1)

Approved this 4th day of February, 2003

_____
Marvin J. Garbis
United States District Judge